NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW LUNG, | Civil Action No. 14-02223 (JLL) (JAD) |
| Plaintiff, | |
| v. | ORDER |
| HUDSON NEWS COMPANY, | |
| Defendant. | |

THIS MATTER comes before the Court on an Order to Show Cause hearing held by the Honorable Joseph A. Dickson, United States Magistrate Judge, at which, Plaintiff in this matter failed to appear. Magistrate Judge Dickson found that Plaintiff's Complaint is subject to dismissal given Plaintiff's protracted and ongoing failure to prosecute the case. *Shipman v. Delaware*, 381 F. App'x. 162, 164 (3d Cir. 2010) ("A District Court has the authority to dismiss a suit sua sponte for failure to prosecute by virtue of its inherent powers and pursuant to Federal Rule of Civil Procedure 41(b)."). In particular, Magistrate Judge Dickson recommended that this case be dismissed without prejudice. To date, the Court has received no objections with respect to Magistrate Judge Dickson's April 22, 2015 Report and Recommendation, and for good cause shown,

IT IS on this 12th day of May, 2015,

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on April 22, 2015, (ECF No. 19), is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's Complaint is dismissed without prejudice and the Clerk's Office is hereby directed to close this case.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge